# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

Cedar Rapids Division

**RECEIVED**
FEB 21 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Case No. 19-CV-23-CJW
*(to be filled in by the Clerk's Office)*

Plaintiff(s): SARAH COURTNEY CENTER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) ☐ Yes ☑ No

-v-

Defendant(s): CARMELA DARRAH CHIAFOS, OWNER OF DARRAH'S TOWING
NICOLE HOTZ, BRIAN FINK, SGT. HARTWIG, BALD GUY (6'2)
ALL FROM MARION, IA POLICE DEPT.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

LINN CTY CLERK OF COURT.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: SARAH COURTNEY CENTER
- Street Address: 404 SANDY KNOLL DR.
- City and County: COPPELL, TX
- State and Zip Code: TX 75019
- Telephone Number: 1-214-505-8919 (BROTHER'S PHONE NUMBER)
- E-mail Address: scenter01@hotmail.com  ccenter999@hotmail.com (cc)

(I'M DEAF & CAN'T HEAR ON THE PHONE! I DON'T HAVE A CELL PHONE).

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
Name: CARMELA DARRAH CHIAFOS, OWNER OF DARRAH'S TOWING, OWNER ✓ DARRAH'S TOWING.
Job or Title (if known):
Street Address: 694 ROBINS RD.
City and County: HIAWATHA, LINN COUNTY
State and Zip Code: IOWA 52233
Telephone Number: 1-319-363-7900
E-mail Address (if known):

**Defendant No. 2**
Name: SGT. HARTWIG
Job or Title (if known): MARION, IA POLICE DEPARTMENT
Street Address: 6315 US. 151
City and County: MARION, LINN COUNTY
State and Zip Code: IOWA 52302
Telephone Number: 1-319-377-1511
E-mail Address (if known):

**Defendant No. 3**
Name: NICOLE HOTZ
Job or Title (if known): POLICE OFFICER, MARION, IA POLICE DEPT.
Street Address: 6315 US 151
City and County: MARION, LINN COUNTY
State and Zip Code: IOWA, 52302
Telephone Number: 1-319-377-1511
E-mail Address (if known):

**Defendant No. 4**
Name: BRIAN FINK
Job or Title (if known): POLICE OFFICER, MARION, IA PD.
Street Address: 6315 US 151
City and County: MARION, LINN COUNTY
State and Zip Code: IOWA, 52302
Telephone Number: 1-319-377-1511
E-mail Address (if known):

#5 BALD GUY W/ HOTZ & FINK (HE'S APPROXIMATELY 6'2).
POLICE OFFICER, MARION, IA PD
6315 US 151
MARION, LINN COUNTY
IOWA, 52302, 1-319-377-1511

#6 LINN COUNTY DISTRICT COURT (LINN COUNTY)
50 3RD AVE. BRIDGE (LINN COUNTY)
CEDAR RAPIDS, IOWA 52401

Page 2 of 5

#6 LINN COUNTY DISTRICT COURT
50 3RD AVE. BRIDGE
CEDAR RAPIDS, LINN COUNTY
IOWA 52401

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question  [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

ALSO, 36.134 OF THE AMERICANS WITH DISABILITIES ACT 28 CFR 36 (THE AMERICANS WITH DISABILITIES ACT)

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 14th AMENDMENT, 4th AMENDMENT, 8TH AMENDMENT
18 UNITED STATES CODES 241 & 242 - CONSPIRACY TO MURDER
42 UNITED STATES CODE 1983, 1985
18 UNITED STATES CODE 249 (a)(2) ATTEMPT TO USE TASER GUN
TITLE II OF THE AMERICANS WITH DISABILITIES ACT (STATE & LOCAL GOVERNMENT) (~~CITIES~~ POLICE, LIBRARY)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* SARAH COURTNEY CENTER , is a citizen of the State of *(name)* TEXAS .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* NICOLE HOTZ , is a citizen of the State of *(name)* IOWA . Or is a citizen of *(foreign nation)* _____ .

BRIAN FINK - CITIZEN OF THE STATE OF IOWA
SGT. HARTWIG - CITIZEN OF THE STATE OF IOWA
BALDGUY (6'2) - CITIZEN OF THE STATE OF IOWA

Page 3 of 5

b.  If the defendant is a corporation

The defendant, (name) CARMELA DARRAH CHIAFOS, is incorporated under the laws of the State of (name) IOWA, and has its principal place of business in the State of (name) IOWA (DARRAH'S TOWING).

Or is incorporated under the laws of (foreign nation) _____

and has its principal place of business in (name) _____

c. LINN COUNTY DISTRICT COURT
PRINCIPAL PLACE OF BUSINESS IN THE STATE OF IOWA.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

1) DARRAH'S TOWING VIOLATED 4th AMENDMENT & 14th AMENDMENT - DUE PROCESS OF LAW. THE RESCHEDULED COURT HEARING IS ON 28 FEB. 2019, NOT 4 FEB 2019. DARRAH'S TOWING IS THREATENING TO DEMOLISH MY CAR BEFORE I HAD A CHANCE TO GO TO COURT TO CONTEST THE POLICE'S SEIZURE OF MY CAR & TOWING FEES. ALSO, THE POLICE COMMITTED HATE CRIMES BECAUSE I'M DEAF. (SEE MY LAWSUIT ON 17 JAN. 2019).

REGARDING TO THE PREVIOUS LAWSUIT, THE POLICE TOOK MY CAR AWAY & GAVE ME 3 CITATIONS THAT I CAN'T AFFORD TO PAY - I'M DEAF & HOMELESS.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE READ LAWSUIT I FILED VIA THE US GOVT ON 17 JAN 2019.

DARRAH'S TOWING (CHIAFOS) VIOLATED 14TH AMENDMENT & 4TH AMENDMENT - I HAVEN'T HAD THE CHANCE TO GO TO COURT TO CONTEST THE TOWING CHARGES & CITATIONS. I HAVE A RIGHT TO FIGHT FOR MY CAR & DRIVER'S LICENSE BECAUSE I'M DEAF & HOMELESS.

POLICE: HATE CRIMES, SEE 17 JAN. 2019 LAWSUIT.

ALL LISTED  LINN CTY DISTRICT COURT - DID NOT NOTIFY ME OF THE RESCHEDULED COURT HEARING. THE DELAY COULD FORCE ME TO LOSE MY CAR BEFORE I HAD A CHANCE & RIGHT TO GO BEFORE THE JUDGE TO CONTEST TOWING FEES & CITATIONS.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IF I LOSE MY CAR &/OR MY DRIVER'S LICENSE BECAUSE DARRAH'S TOWING DEMOLISH MY CAR AT ANY TIME; BECAUSE THE COURT (LINN COUNTY UNDER STATE OF IOWA'S LAWSUIT AGAINST ME) TOOK AWAY MY DRIVER'S LICENSE, FORCE ME TO PAY CITATIONS I CAN'T AFFORD TO PAY, OR ALLOW DARRAH'S TOWING TO DEMOLISH MY CAR, OR REFUSE TO OBEY US CONSTITUTION & US CIVIL RIGHTS LAWS, I WILL DIE. MANY SHELTERS ARE FULL & TEMPORARY, →

\* I FORGOT TO INCLUDE THIS INFORMATION ON 10 JAN. 2019:

WHEN I WAS PULLED OVER AT MENARDS & FOUGHT FOR MY RIGHTS – HOTZ, FINK, & BALD GUY WERE STANDING APPROXIMATELY 4-5 FT. FROM MY CAR, WHICH WAS RIGHT BY THE CURB & TREE AT THE END OF MENARDS PARKING LOT AT POST & IA 100. BALD GUY HAD HIS LEFT HAND ON A TASER GUN THE ENTIRE TIME. AS I REPEATEDLY EXPLAINED TO THEM ABOUT US CIVIL RIGHTS LAWS, <u>BALD GUY STEPPED RIGHT NEXT TO MY DRIVER'S WINDOW, & HIS LEFT HAND & TASER GUN WAS APPROXIMATELY LESS THAN 10" FROM WHERE I WAS SITTING IN THE FRONT DRIVER'S SEAT.</u>

TO ME, HIS ACTION WAS A THREAT & AN ATTEMPT TO USE A TASER GUN. (18 UNITED STATES CODE 249 (a)(2)).

BALD GUY SAID ABOUT 2 MINUTES AFTER STANDING RIGHT NEXT TO ME AND ASKED ME, "DO YOU WANT TO GO TO JAIL?" THEN THEY GRABBED ME & PUSHED ME TOWARD FINK'S POLICE CAR.

I WENT TO COURT ON 11 FEB 2019. THE COURT HEARING WAS SCHEDULED FOR 2:30 PM. I FOUND OUT THE COURT HEARING WAS RESCHEDULED FOR 28 FEB. 2019 AT 1:30 PM BECAUSE, ACCORDING TO THE COURT DOCUMENT, NICOLE HOTZ WOULDN'T MAKE IT TO THE ORIGINAL COURT HEARING.

THE COURT DOCUMENT WAS FILED ON 25 JAN 2019; I SCHEDULED A COURT HEARING WITH THE JUDGE AT AN "OPEN COURT" ON 10 JAN 2019 FOR THE 1ST SCHEDULED COURT HEARING 11 FEB. 2019, at 2:30 PM.

THE COURT RESCHEDULED THE COURT HEARING ON 25 JAN 2019 – 16 DAYS AFTER I 1ST SCHEDULED A COURT HEARING. AND IT WAS <u>18 DAYS</u> UNTIL THE 11 FEB. COURT HEARING.

NICOLE HOTZ HAD PLENTY OF TIME TO REARRANGE HER <u>SCHEDULE</u> IN ORDER TO BE AT THE 11 FEB 2019 COURT HEARING. IT COMES WITH THE TERRITORY <u>AS A POLICE OFFICER</u>, IT'S HER JOB TO BE AT THE ORIGINAL COURT HEARING.

NO ONE NOTIFIED ME OF THE SCHEDULE CHANGE. IT SEEMS AS THOUGH LINN COUNTY DISTRICT COURT WAS ACCOMMODATING NICOLE HOTZ'S SCHEDULE – AT MY EXPENSE.

NOW DARRAH'S TOWING REFUSED TO OBEY THE AMERICANS W/ DISABILITIES ACT UNDER 28 CFR 35 (CONTRACTORS – POLICE CALLED DARRAH'S TOWING) AS WELL AS 14TH AMENDMENT & 4TH AMENDMENT. THE COMPANY IS THREATENING TO DEMOLISH MY CAR IF I DON'T PAY THE FEES BEFORE THE 28 FEB COURT HEARING – 14TH AMENDMENT – DUE PROCESS LAW.

35 1184 – INTERFERENCE CERCOAN

Case 1:19-cv-00023-CJW-KEM   Document 1-1   Filed 02/25/19   Page 6 of 7

CON'T FROM IV RELIEF
I'M CURRENTLY STAYING AT CATHOLIC WORKER'S HOUSE. I HAVE LESS THAN 30 DAYS TO STAY THERE. I NEED TO HAVE MY CAR & DRIVER'S LICENSE BACK

IN ORDER TO DRIVE TO OTHER SHELTERS (LONG-TERM) IN OTHER STATES. I CAN'T HEAR ON THE PHONE & NEED TO GO TO OTHER SHELTERS IN PERSON.
IF ALL DEFENDANTS ARE FOUND GUILTY, & I LOSE MY CAR &/OR MY DRIVER'S LICENSE → THEN I'M ENTITLED TO $10 MILLION. BECAUSE IF I DIE DUE TO THE ABOVE REASONS, THEN THEY VIOLATED 18 US CODES 241, 242 = CONSPIRACY TO COMMIT MURDER.
IF I DIE, THEN MY FAMILY DESERVES TO RECEIVE $10 MILLION.
IT'S AGAINST THE LAW TO RETALIATE AGAINST MY ENTIRE FAMILY.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 21 FEB. 2019

Signature of Plaintiff: S. Courtney Center
Printed Name of Plaintiff: SARAH COURTNEY CENTER

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____